UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| | | |
| v. | : | Violation Notice: 6025926 |
| | | |
| JUDITH MASSENBERG-LAWREN | : | ORDER OF DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, William E. Fitzpatrick, the Acting United States Attorney for the District of New Jersey, dismisses Violation No. 6025926 against defendant Judith Massenberg-Lawren, which was issued in June 2017, assault by striking, in violation of 18 U.S.C. § 113(a)(4) for the reason that prosecution of defendant Judith Massenberg-Lawren is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Judith Massenberg-Lawren of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

William E. Fitzpatrick

WILLIAM FITZPATRICK
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 11/30/17